FILED

MAR 1 8 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 4:25CR00109 |
| ALONZO JACKSON, TASHIA FIZER, | ) ) ) ) | Title 18, United States Code, Sections 922(a)(6), (g)(1), 924(a)(2) and (a)(8) |
| Defendants. | ) ) | JUDGE BOYKO |

COUNT 1
(Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about November 7, 2024, in the Northern District of Ohio, Eastern Division, Defendant ALONZO JACKSON, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Aggravated Robbery, on or about April 12, 2011, in case number 10 CR 344, in the Mahoning County, Ohio, Court of Common Pleas, knowingly possessed in and affecting interstate commerce ammunition, to wit: Federal brand, 9mm caliber ammunition, said ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 2
(False Statement During the Purchase of a Firearm, 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury further charges:

2. On or about November 7, 2024, in the Northern District of Ohio, Eastern Division, Defendant TASHIA FIZER, aided, abetted, and counseled by Defendant ALONZO JACKSON, in connection with the acquisition of a firearm, to-wit: a Stoeger, Model: STR-9, semiautomatic pistol, Caliber: 9x19 parabellum, bearing serial number T6429-24U06405, from Fin Feather Fur Outfitters, 138 Boardman Poland Road, Youngstown, Ohio 44514, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Fin Feather Fur Outfitters, which statement was intended and likely to deceive Fin Feather Fur Outfitters, as to a fact material to the lawfulness of such sale of said firearm to the defendant under chapter 44 of Title 18, in that FIZER represented that she was the purchaser of the firearm, when in fact, she was purchasing said firearm for another individual, in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

COUNT 3
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

3. On or about November 24, 2024, in the Northern District of Ohio, Eastern Division, Defendant ALONZO JACKSON, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Aggravated Robbery, on or about April 12, 2011, in case number 10 CR 344, in the Mahoning County, Ohio, Court of Common Pleas, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Stoeger, Model: STR-9, semiautomatic pistol, Caliber: 9x19 parabellum,

bearing serial number T6429-24U06405, and ammunition, said firearm and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 4
(Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

4. On or about February 5, 2025, in the Northern District of Ohio, Eastern Division, Defendant ALONZO JACKSON, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Aggravated Robbery, on or about April 12, 2011, in case number 10 CR 344, in the Mahoning County, Ohio, Court of Common Pleas, knowingly possessed in and affecting interstate commerce firearms, to wit: a Glock, Model 21, semiautomatic pistol, Caliber: .45, bearing serial number WF873US, a Norinco, Model 213, semiautomatic pistol, Caliber: 9x19mm, bearing serial number 713079, and ammunition, said firearms and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

5. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 4 are incorporated herein by reference. As a result of the foregoing offenses, Defendant ALONZO JACKSON shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the federal firearm violations charged herein; including,

but not limited to, the following:

    A.    Federal brand, 9mm caliber ammunition

    B.    a Stoeger, Model: STR-9, semiautomatic pistol, Caliber: 9x19 parabellum, bearing serial number T6429-24U06405;

    C.    a Glock, Model 21, semiautomatic pistol, Caliber: .45, bearing serial number WF873US,

    D.    a Norinco, Model 213, semiautomatic pistol, Caliber: 9x19mm, bearing serial number 713079, and

    E.    Miscellaneous ammunition.

                                                    A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.